UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AISHA WILTZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of the Social <br> Security Administration, <br><br> Defendant. | Case No. EDCV 11-505 AJW <br><br> J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

March 26, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge